

```
            FILED
      U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

      2006 MAR 24 PM 2: 33

        LORETTA G. WHYTE
             CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON ELLIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-1056** |
| **ADAM MAY, ET AL** | **SECTION "F"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Aaron Ellis is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 24th day of MARCH, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____
```